GOLDEN BRIDGE TECHNOLOGY, INC., Plaintiff-Appellant

v.

APPLE INC., Defendant-Appellee

2016-1537

United States Court of Appeals, Federal Circuit.

January 27, 2017

JACK A. RUSSO, Computerlaw Group LLP, Palo Alto, CA, argued for plaintiff-appellant.

LOWELL D. MEAD, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by TIMOTHY TETER, BENJAMIN G. DAMSTEDT; ERIN TRENDA, San Diego, CA.

(Newman, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

CAO GROUP, INC., Appellant

v.

BIOLASE TECHNOLOGY, INC., Appellee

2016-1664

United States Court of Appeals, Federal Circuit.

January 27, 2017

H. DICKSON BURTON, TraskBritt, PC, Salt Lake City, UT, argued for appellant. Also represented by J. JEFFREY GUNN, STEPHEN E. PULLEY.

JOSHUA LEE RASKIN, Greenberg Traurig LLP, New York, NY, argued for appellee.

(Newman, Moore, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED

AFFIRMED. *See* **Fed. Cir. R. 36.**